No. 02–7247.  MARSHALL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–7253.  MCDONALD *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 02–7254.  PEREZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–7256.  LOPEZ-IBARRA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7257.  JONES *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–7259.  MEJIA-DELGADO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–7263.  KERR *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–7264.  MALDONADO-LOPEZ, AKA MALDONADO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7265.  PERALES-VILLANUEVA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–7266.  PRICHARD *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–7267.  MANON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7269.  AYALA-GUZMAN, AKA SANCHEZ, AKA BRAVO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–7270.  MENDOZA-CARILLO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7271.  PARVIZI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7272.  TURNER *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.